# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No. 3:14-cr-065 |
| vs. | : | Chief Magistrate Judge Sharon L. Ovington |
| JULIA IMMACULATA LUCENTE, | : | |
| Defendant. | : | |

## RECUSAL ORDER

This matter is before the Court *sua sponte.*. The undersigned hereby RECUSES herself from any participation in this case and directs the Clerk to reassign the case at random to one of the other Magistrate Judges at Dayton.

May 7, 2014

                                                   s/Sharon L. Ovington
                                                   Sharon L. Ovington
                                       Chief United States Magistrate Judge